STATE OF NEW JERSEY v. LUTHER EVANS.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JACQUES.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. KEITH JOHNSON.

June 15, 1976. Petition for certification denied. (See 138 *N. J. Super.* 579)

STATE OF NEW JERSEY v. HANS HELMUTH VORHAUER.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE SEALS.

June 15, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LEO LEWIS.

June 15, 1976. Petition for certification denied.